# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander Romanchenko,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:23-cv-10167-RAO<br><br>|~~PROPOSED~~| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of EIGHT THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($8,300.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of zero dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 10/25/2024

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE